ROBERT JOURDAN, appellant,

*v.*

WALTER BURSTOW et al., respondents.

[Argued March 27th, 1911. Decided June 19th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported in *76 N. J. Eq. (6 Buch.) 55.*

*Mr. Frank Sommer,* for the appellant.

*Messrs. Riker & Riker,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, CONGDON, SULLIVAN—12.

*For reversal*—None.